# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA,
# ATLANTA DIVISION

| | |
|---|---|
| RICHARD LAWRENCE, | ) |
| Plaintiff, | ) Civil Action No. 1:21-cv-03455-ELR |
| vs. | ) |
| FERRO CORPORATION, DAVID A. LORBER, MARRAN H. OGILVIE, ANDREW M. ROSS, ALLEN A. SPIZZO, PETER T. THOMAS, and RONALD P. VARGO, | ) **JURY TRIAL DEMANDED** |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: September 22, 2021

**OF COUNSEL:**

**LONG LAW, LLC**
Brian D. Long
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Tel.: (302) 729-9100
bdlong@longlawde.com

*Attorneys for Plaintiff*

**WEISSLAW LLP**

/s/ Michael A. Rogovin
Michael A. Rogovin
Georgia Bar No. 780075
476 Hardendorf Ave. NE
Atlanta, GA 30307
Tel.: (404) 692-7910
Fax: (212) 682-3010
mrogovin@weisslawllp.com

*Attorneys for Plaintiff*